**Opinion issued March 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00020-CR

————————————

## EX PARTE SOHAIB AL SHALWI, Appellant

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Case No. 1700374**

---

### MEMORANDUM OPINION

Appellant, Sohaib Al Shalwi, appeals from the trial court's denial of his application for writ of habeas corpus concerning bail. Appellant has now filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.

Do not publish.  TEX. R. APP. P. 47.2(b).